UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:18-cv-00496-RAL-AAS

JENNIFER KNEELAND,

    Plaintiff,

v.

CHARTER COMMUNICATIONS HOLDINGS, LLC and ETAN INDUSTRIES, LLC,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JENNIFER KNEELAND, by and through undersigned counsel, hereby gives notice of pending settlement with regard to Defendant, CHARTER COMMUNICATIONS HOLDINGS, LLC, and Defendant, ETAN INDUSTRIES, LLC, in the instant matter.

Submitted this 25th day of October 2018.

    By:/s/ *Christopher Legg*
    Christopher W. Legg, Esq.
    Fla. Bar No.: 44460

    Christopher W. Legg, P.A.
    499 E. Palmetto Park Rd., Ste. 228
    Boca Raton, FL 33432
    Office: 954-962-2333
    Chris@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                 By: /s/ *Christopher Legg*
                                                 Christopher W. Legg, Esq.