UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER L. KNEELAND,

    Plaintiff,

v.                              Case No: 8:18-cv-496-T-36AAS

CHARTER COMMUNICATIONS
HOLDINGS, LLC and ETAN
INDUSTRIES, LLC,

    Defendants.
_____/

**O R D E R**

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on October 30, 2018, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 24). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

    1.    This action is dismissed, with prejudice.

    2.    The Clerk is directed to close this case.

    **DONE AND ORDERED** in Tampa, Florida on January 2, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any